NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE:  MONOLITHIC POWER SYSTEMS, INC.,**
*Petitioner*

2022-153

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00655-ADA, Judge Alan D. Albright.

**ON PETITION FOR REHEARING EN BANC**

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Monolithic Power Systems, Inc. filed a petition for rehearing en banc. National Retail Federation and Computer and Communications Industry Association separately moved for leave to file briefs as amicus curiae which the court granted. A response to the petition was invited by the court and filed by Respondent, Bel Power Solutions Inc.

The petition was first referred as a petition for rehearing to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

February 6, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court